**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SAMANTHA KNABACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:23-cv-16644 |
| V. | ) | |
| | ) | Judge Edmond E. Chang |
| NVA GLEN ELLYN VETERINARY | ) | |
| MANAGEMENT, LLC | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant NVA GLEN ELLYN VETERINARY MANAGEMENT, LLC ("Defendant"), by and through its undersigned attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests an extension of time to answer or otherwise respond to the Complaint ("Complaint") of Plaintiff SAMANTHA KNABACH ("Plaintiff"), through and including February 15, 2024. In support of this unopposed Motion, Defendant states as follows:

1. On January 4, 2024, Plaintiff served Defendant with a copy of the Summons and Complaint.

2. Defendant's response to the Plaintiff's Complaint is due on January 25, 2024.

3. Defendant's counsel was recently retained and is working diligently to gather the necessary information to respond to Plaintiff's Complaint.

4. On January 24, 2024, counsel for Defendant, Jennifer L. Colvin, and counsel for Plaintiff, Mohammed O. Badwan, conferred by telephone regarding this Motion and Attorney Badwan confirmed Plaintiff does not oppose this Motion. Attorneys Colvin and Badwan agreed

that, subject to this Court's approval, Defendant will file a responsive pleading by February 15, 2024.

5.     Defendant has not previously filed a motion for an extension of time to plead in this case.

6.     This Motion is made in good faith and not for purposes of undue delay, and no party will be prejudiced by this Court's granting the Motion.

**WHEREFORE,** Defendant NVA GLEN ELLYN VETERINARY MANAGEMENT, LLC requests, without waiving any right to assert any defense or file any response permitted by the Federal Rules of Civil Procedure, that this Court enter an Order granting this unopposed Motion and extend the time for Defendant to file a responsive pleading to the Complaint up to and including February 15, 2024.

DATED:   JANUARY 24, 2024                         Respectfully submitted,

                                                  By:   /s/ Jennifer L. Colvin
                                                  One of the Attorneys for Defendant
                                                  **NVA GLEN ELLYN VETERINARY MANAGEMENT, LLC**

Jennifer L. Colvin (ARDC No. 6274731)
**OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*jennifer.colvin@ogletreedeakins.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 24, 2024, the foregoing ***Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead*** was filed electronically with the Clerk of Court using the ECF system and served upon the following:

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
mbadwan@sulaimanlaw.com


     /s/ Jennifer L. Colvin
    One of the Attorneys for Defendant
    **NVA GLEN ELLYN VETERINARY MANAGEMENT, LLC**